IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MANETIONY CLERVRAIN, <u>ET AL.</u>,**<br><br>    **Plaintiffs,**<br><br>         **v.**<br><br>**ROBERT F. ROSSITER, JR., <u>ET AL.</u>,**<br><br>    **DefendantS.** | **CIVIL NO. 22-1194 (PAD)** |

## JUDGMENT

In accordance with the Memorandum and Order issued today (Docket No. 12), judgment is hereby entered dismissing the complaint.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of May, 2022.

                                                                              s/Pedro A. Delgado-Hernández
                                                                              PEDRO A. DELGADO-HERNÁNDEZ
                                                                              United States District Judge